No. 597. CHARLES M. SMITH, SR., ET AL., PETITIONERS, *v.* THE UNITED STATES. February 24, 1908. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. A. S. Worthington* and *Mr. R. B. Oliver* for petitioners. *The Attorney General, The Solicitor General* and *Mr. Assistant Attorney General Russell* for respondent.

CASES DISPOSED OF WITHOUT CONSIDERATION BY THE COURT FROM JANUARY 7 TO FEBRUARY 24, 1908.

No. 108. JOHN H. PHILLIPS ET AL., PLAINTIFFS IN ERROR, *v.* W. E. BARRETT ET AL. In error to the Supreme Court of Appeals of the State of Virginia. January 10, 1908. Dismissed with costs, pursuant to the tenth rule. *Mr. R. M. Hudson* for plaintiffs in error. *Mr. Jno. W. Friend* for defendants in error.

No. 126. MODASTO MUNITIZ AGUIRRE, APPELLANT, *v.* SO-BRINOS DE EZQUIAGA. Appeal from the Supreme Court of Porto Rico. January 15, 1908. Dismissed with costs, pursuant to the tenth rule. *Mr. Charles Hartzell* for appellant. *Mr. John Maynard Harlan* for appellee.